UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTI L. STANDLEY, | ) | CASE NO.: 8:14-cv-00073 |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| PRODUCTS UNLIMITED, INC., | ) | |
| Defendant. | ) | |

This matter coming on before the Court on the Stipulation of the parties for dismissal of the above-captioned matter with prejudice, each party to pay their own costs, complete record waived.

The Court, being fully apprised in the premises, finds that such Order should issue.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the above-captioned matter should be, and it hereby is, dismissed with prejudice, each party to pay their own costs.

DATED this 22nd day of December, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

Prepared and submitted by:
Brian D. Nolan, #17764
Nolan, Olson & Stryker, P.C., L.L.O.
Two Old Mill, Suite 240
10855 West Dodge Road
Omaha, Nebraska 68154
Telephone: (402) 932-5126

Accepted and approved as to form:

By: _____
Lawrence J. Roland, #25368
Gross & Welch, P.C., L.L.O.
1500 Omaha Tower
2120 South 72nd Street
Omaha, Nebraska 68124
(402) 392-1500; Fax (402) 392-8101
Attorneys for Plaintiff